FILED *MHN*

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
MAY 6 2008 *aew*
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Keith Bland K92762
Plaintiff

v.

Terry McCann
Defendant(s)

08CV2602
JUDGE DARRAH
MAG. JUDGE VALDEZ

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Keith Bland__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __K92762__ Name of prison or jail: __Stateville CC__
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: __$10.00__

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __NA__
      Monthly salary or wages: __NA__
      Name and address of last employer: __NA__

   b. Are you married? ☒Yes ☐No
      Spouse's monthly salary or wages: __NA__
      Name and address of employer: __NA__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes    ☑No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes    ☑No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
        ☐Yes    ☑No
Amount_____ Received by_____

e. ☑ Gifts or ☐ inheritances        ☑Yes    ☐No
Amount _Over 5,000_ Received by _Sicill Bland_

f. ☐ Any other sources (state source:_____)        ☐Yes    ☑No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☑No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☑No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☑No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
        ☐Yes    ☑No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 30, 2008

_Keith Bland_
Signature of Applicant

_Keith Bland_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _KEITH BLAND_, I.D.# _K92762_, has the sum of $ _148.43_ on account to his/her credit at (name of institution) _Stateville CC_.
I further certify that the applicant has the following securities to his/her credit: _—_. I further certify that during the past six months the applicant's average monthly deposit was $ _786.97_.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_5-1-08_
DATE

_T.C._
SIGNATURE OF AUTHORIZED OFFICER

_T. Cirricione_
(Print name)

rev. 10/10/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 5/1/2008 | | | Stateville Correctional Center | | | Page 1 |
| Time: | 10:17am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 11/01/2007 thru End;   Inmate: K92762;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** K92762 Bland, Keith Jr   **Housing Unit:** STA-B -08-22

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 638.80 |
| 11/05/07 | Point of Sale | 60 Commissary | 309783 | 511653 | Commissary | -35.24 | 603.56 |
| 11/12/07 | Point of Sale | 60 Commissary | 3167150 | 512812 | Commissary | -2.99 | 600.57 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 14.25 | 614.82 |
| 11/15/07 | Mail Room | 01 MO/Checks (Not Held) | 3192164 | 097733 | Christian Community, Church Of Christ | 25.00 | 639.82 |
| 11/20/07 | Point of Sale | 60 Commissary | 3247137 | 514319 | Commissary | -19.35 | 620.47 |
| 12/03/07 | Point of Sale | 60 Commissary | 3377137 | 515469 | Commissary | -16.66 | 603.81 |
| 12/04/07 | Mail Room | 01 MO/Checks (Not Held) | 3382164 | R100874553758 | Bland, Sicill | 20.00 | 623.81 |
| 12/06/07 | Disbursements | 80 Postage | 340390 | Chk #137493 | g1205256, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -.58 | 623.23 |
| 12/07/07 | Mail Room | 01 MO/Checks (Not Held) | 3412164 | 100446 | Christian Community, Church | 25.00 | 648.23 |
| 12/10/07 | Point of Sale | 60 Commissary | 344781 | 516530 | Commissary | -38.93 | 609.30 |
| 12/12/07 | Payroll | 20 Payroll Adjustment | 346190 | | P/R month of 11/2007 | 8.25 | 617.55 |
| 12/14/07 | Disbursements | 84 Library | 348390 | Chk #137608 | C1212163, DOC: 523 Fund Librar, Inv. Date: 12/12/2007 | -3.90 | 613.65 |
| 12/17/07 | Point of Sale | 60 Commissary | 3517142 | 517918 | Commissary | -9.21 | 604.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013254 | Bland, Sicill | 10.00 | 614.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013246 | Bland, Sicill | 50.00 | 664.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013249 | Bland, Sicill | 50.00 | 714.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013250 | Bland, Sicill | 50.00 | 764.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013252 | Bland, Sicill | 50.00 | 814.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013244 | Bland, Sicill | 50.00 | 864.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013241 | Bland, Sicill | 50.00 | 914.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013247 | Bland, Sicill | 50.00 | 964.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013248 | Bland, Sicill | 50.00 | 1,014.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013251 | Bland, Sicill | 50.00 | 1,064.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013240 | Bland, Sicill | 50.00 | 1,114.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013245 | Bland, Sicill | 50.00 | 1,164.44 |
| 12/18/07 | Mail Room | 01 MO/Checks (Not Held) | 3522164 | 08-801013243 | Bland, Sicill | 50.00 | 1,214.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118907 | Bland, Sicill | 10.00 | 1,224.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118852 | Bland, Sicill | 50.00 | 1,274.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118885 | Bland, Sicill | 50.00 | 1,324.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118863 | Bland, Sicill | 50.00 | 1,374.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118841 | Bland, Sicill | 50.00 | 1,424.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118896 | Bland, Sicill | 50.00 | 1,474.44 |
| 12/20/07 | Mail Room | 01 MO/Checks (Not Held) | 3542164 | R101137118874 | Bland, Sicill | 50.00 | 1,524.44 |
| 01/08/08 | Point of Sale | 60 Commissary | 0087135 | 520275 | Commissary | -22.15 | 1,502.29 |
| 01/09/08 | Point of Sale | 60 Commissary | 0097135 | 520311 | Commissary | 22.15 | 1,524.44 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 7.50 | 1,531.94 |
| 01/11/08 | Disbursements | 88 payment | 011390 | Chk #138107 | C0110016, Christian Book Distr, Inv. Date: 01/10/2008 | -50.63 | 1,481.31 |
| 01/16/08 | Mail Room | 01 MO/Checks (Not Held) | 0162164 | 103585 | Christian Comm Church, Of Christ | 25.00 | 1,506.31 |
| 01/18/08 | Disbursements | 88 payment | 018390 | Chk #138343 | C0117059, Bland, Sicill, Inv. Date: 01/17/2008 | -150.00 | 1,356.31 |
| 01/18/08 | Mail Room | 01 MO/Checks (Not Held) | 0182175 | 285084 | Daniels, Traci | 20.00 | 1,376.31 |
| 01/29/08 | Point of Sale | 60 Commissary | 029783 | 523115 | Commissary | -11.18 | 1,365.13 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 6.00 | 1,371.13 |
| 02/14/08 | Point of Sale | 60 Commissary | 0457142 | 525940 | Commissary | -55.17 | 1,315.96 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 0452175 | 106327 | C.C. Church Of Christ | 25.00 | 1,340.96 |
| 02/20/08 | Point of Sale | 60 Commissary | 0517137 | 526948 | Commissary | -22.09 | 1,318.87 |
| 02/22/08 | Mail Room | 10 Western Union | 053200 | 7691710208 | BLAND, SICILL | 2,500.00 | 3,818.87 |
| 02/26/08 | Mail Room | 10 Western Union | 057200 | 5701526499 | BLAND, SICILL | 500.00 | 4,318.87 |

Date: 5/1/2008
Time: ~10:17am

Case 1:08-cv-02602    Document 3    Filed 05/06/2008    Page 5 of 6

Page 2

d_list_inmate_trans_statement_composite

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 11/01/2007 thru End;  Inmate: K92762;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: K92762 Bland, Keith Jr**  **Housing Unit: STA-B -08-22**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0642175 | 1571866 | Daniels, Traci | 17.95 | 4,336.82 |
| 03/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0642175 | 1571867 | Daniels, Traci | 20.00 | 4,356.82 |
| 03/05/08 | Disbursements | 93 R & C - UPS | 065390 | Chk #139081 | j0304539, Central Inmate Benef, Inv. Date: 03/04/2008 | -4.54 | 4,352.28 |
| 03/06/08 | Point of Sale | 60 Commissary | 0667137 | 528148 | Commissary | -76.16 | 4,276.12 |
| 03/06/08 | Mail Room | 01 MO/Checks (Not Held) | 0662175 | 108768 | Christian Commuity, Church | 25.00 | 4,301.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723020 | Bland, Sicill | 50.00 | 4,351.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723018 | Bland, Sicill | 50.00 | 4,401.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723026 | Bland, Sicill | 50.00 | 4,451.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723023 | Bland, Sicill | 50.00 | 4,501.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723019 | Bland, Sicill | 50.00 | 4,551.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723024 | Bland, Sicill | 50.00 | 4,601.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723017 | Bland, Sicill | 50.00 | 4,651.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723025 | Bland, Sicill | 50.00 | 4,701.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723022 | Bland, Sicill | 50.00 | 4,751.12 |
| 03/07/08 | Mail Room | 01 MO/Checks (Not Held) | 0672175 | 723021 | Bland, Sicill | 50.00 | 4,801.12 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 7.48 | 4,808.60 |
| 03/13/08 | Point of Sale | 60 Commissary | 073783 | 529395 | Commissary | -9.80 | 4,798.80 |
| 03/21/08 | Point of Sale | 60 Commissary | 0817137 | 530525 | Commissary | -67.36 | 4,731.44 |
| 04/01/08 | Disbursements | 88 payment | 092390 | Chk #139616 | C0401047, Bland, Sicill, Inv. Date: 04/01/2008 | -4,500.00 | 231.44 |
| 04/07/08 | Point of Sale | 60 Commissary | 098783 | 531590 | Commissary | -28.80 | 202.64 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.23 | 210.87 |
| 04/08/08 | Mail Room | 01 MO/Checks (Not Held) | 0992175 | 111614 | Christian Community, Church Of Christ | 25.00 | 235.87 |
| 04/16/08 | Point of Sale | 60 Commissary | 1077142 | 533135 | Commissary | -41.77 | 194.10 |
| 04/23/08 | Point of Sale | 60 Commissary | 114783 | 534343 | Commissary | -45.67 | 148.43 |

|  |  |
|---|---|
| Total Inmate Funds: | 148.43 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 148.43 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

IN THE
United States District Court
Northern District of Illinois
Eastern Division

Keith Bland - K92762
Plaintiff,

v.

Terry McCann
Defendant

) Case No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S. District Court   TO: _____
219 South Dearborn street               _____
Chicago Illinois 60604                  _____

PLEASE TAKE NOTICE that on __May 1st__, 2008, I have placed the documents listed below in the institutional mail at __State Ville__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: __Petition for Writ of habeas Corpus — And a, Motion for Stay and Abeyance__.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: May 1st 2008

/s/ Keith Bland
NAME: Keith Bland
IDOC#: K92762
State Ville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Jan 2002