MHW

FILED
5-6-2008
MAY 6 2008 *aw*
MICHAEL W. DOBBINS
CLERK U.S. ---

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Keith Bland K92762 )
) 08CV2602
) JUDGE DARRAH
v. ) MAG. JUDGE VALDEZ
)
Defendant(s) Terry McCann )
)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Keith Bland**, declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: **I wrote numerous Law firms, requesting Pro bono Assistance.**

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Keith Bland_                        _P.O. Box 112_
Movant's Signature                   Street Address

_April 30, 2008_                     _Joliet IL 60434_
Date                                 City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |

| Assigned Judge: | _____ | Case Number: | _____ |
|---|---|---|---|
| Case Title: | _____ | | |
| Appointed Attorney's Name: | _____ | | |
| If this case is still pending, please check box | ☐ | | |