**08CV2602**
**JUDGE DARRAH**
**MAG. JUDGE VALDEZ**

FILED
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

HHW

Dear Clerk of the Court

Enclosed is my Petition for writ of habeas corpus; and a Motion for Stay and Abeyance.

Can you please send me a stamped filed copy of "both" the Motion for Stay and Abeyance, and the Petition for Writ of habeas corpus.

Can you please staple my petition (and the copy's) together. I was unable to find a big enough stapler.

Thank you
&
God Bless

Keith Bland K90762
P.O. Box 112
Joliet IL. 60434